ACCEPTED
03-13-00790-CV
4427800
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 4:34:50 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, | § | IN THE THIRD |
| as co-executor of the estate of | § | FILED IN<br>3rd COURT OF APPEALS |
| Ted Anderson, and | § | AUSTIN, TEXAS |
| Christine Anderson, | § | |
| as co-executor of the estate of | § | 3/9/2015 4:34:50 PM |
| Ted Anderson, Appellants | § | JEFFREY D. KYLE |
| | § | Clerk |
| v. | § | COURT OF APPEALS |
| | § | |
| Richard T. Archer, David | § | |
| B. Archer, Carol Archer | § | |
| Bugg, John V. Archer, | § | |
| Karen Archer Ball, and | § | |
| Sherri Archer, Appellees | § | AUSTIN, TEXAS |

## CROSS-APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Cross-Appellees ask the Court to extend the time to file their brief.

### A. Introduction

1. Cross-Appellees are T. Mark Anderson, as co-executor of the estate of Ted Anderson, and Christine Anderson, as co-executor of the estate of Ted Anderson. Cross Appellants are Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer .

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

### B. Argument & Authorities

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Cross-Appellees brief is due on March 9, 2015.

5. Cross-Appellees request an additional 14 days to file their brief, extending the time

until March 23, 2015.

6. No extension has been granted to extend the time to file Cross-Appellees' brief.

7. Cross-Appellees need additional time to file their brief for the following reasons:

## C. Certificate of Conference

8. Prior to filing this motion, counsel for Cross-Appellees contacted counsel for Cross-Appellants to discuss this matter, and Appellees do not oppose this extension.

## D. Conclusion

9. For these reasons, Appellants ask the Court to grant an extension of time to file their brief until March 23, 2015.

Respectfully submitted,

**THE LAW OFFICE OF**
**GERALD D. MCFARLEN, PC**
28 Fabra Oaks Road
Boerne, TX 78006
Phone: (830) 331-8554
Fax: (210) 568-4305
Email: *gmcfarlen@mcfarlenlaw.com*

BY: /s/ Gerald D. McFarlen
       GERALD D. McFARLEN
       State Bar No. 13604500

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I do hereby certify that on the 9th day of March, 2015, a true and correct copy of the foregoing motion was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.
Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen
GERALD D. McFARLEN